O 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

**ATTACHMENT 5**

District of _____

HARDAKW

Plaintiff

V.

FBI, USDOJ

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

Colleen Hardacow _____ declare that I am the (check appropriate box)

petitioner/plaintiff/movant    ☐ other

the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
.der 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
lief sought in the complaint/petition/motion.

support of this application, I answer the following questions under penalty of perjury:

Are you currently incarcerated?        ☐ Yes        ☒ No        (If "No," go to Part 2)

If "Yes," state the place of your incarceration _____

Are you employed at the institution? **NO**    Do you receive any payment from the _____

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
transactions.

Are you currently employed?        ☐ Yes        ☒ No

a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
name and address of your employer.
*I am on FBI adrenaline provoking at work disability.*

b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or
wages and pay period and the name and address of your last employer.
*I Last worked on 6/11/03. Salary 2400/month - Campbell, Campbell Edwards, One Constitution Plaza. Boston, MA 02129*

In the past 12 twelve months have you received any money from any of the following sources?

|   | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☒ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state
the amount received and what you expect you will continue to receive.

240 Reverse (Rev. 9/96)

Received remaining 10,000 from grandparent trust which was spent on home improvements

Received settlement of 38,000 from lawsuit of rattued ankle. Spent on dental implants. Have to spend on FBI will break things like water heater,

Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

If "Yes," state the total amount. 3,000 - but disability could be cut off by Feds at anytime - also have to pay tax on disability already. furnace already.

Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

If "Yes," describe the property and state its value.

57 Riveredge Rd, Billerica, MA.
217,500.
my residence

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Ø

I declare under penalty of perjury that the above information is true and correct.

3-16-04
Date

Colleen M. Harbage
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.