United States District Court
District of Massachusetts

Colleen M. Hardave, )
  Plaintiff, )
)
v. )
)
Federal Bureau of )
Investigation, U.S. )
Department of )
Justice, et al )

## Motion for Appointment of Counsel

The plaintiff, Colleen M. Hardave, "plaintiff", hereby requests that the court appoint an attorney to aid her in her attempts to confront the Federal Bureau of Investigation & U.S. Department of Justice, et al. ("Defendants") & to help her ascertain criminal charges against them, as they have obstructed all access to do so for 8, going on 9 years.

I was incapacitated from working because of ocurring pelvic mutilation & chest pain during the 7th year of work abuse & provoking by the FBI. I have been on disability since 6/11/03 and am dependent on that check for survival. The FBI is in its 5th year of

illegal harassment regarding their provoking adrenaline tactics being my problem, not my body reacting appropriately to their provoking + in order to illegally coerce tape + further false deduction threaten to cease disability in a month. I also will have to pay tax on disability next year + have no extra money to spare.

The FBI has harmed me extensively + illegally + definitely not in proportion to anything I ever did. They are actively harming my body daily and have been for 4 years, with exacerbation of a condition caused by adrenaline for 4 years with a daily abnormal heart rate + pain and they have no intent on ceasing doing so + have said to me "we don't care" that they are causing daily pain. The plaintiff has called about 1000 attorneys in California, Chicago + Boston and retained 3 over 4 years. Most will not get involved with anyone not charged with anything + do not confront the FBI. The FBI and/or USDOJ infiltrated those attorneys' offices as well + let me know they were going to stall, refuse to resolve all issues (because they are billion dollar liable) and that I was wasting my time + money. It has taken me 9 years

to find out I can file a complaint myself, since, to the general public it seems to be hidden information. I was told by the FBI the following:

1) "Just complain to us",

2) "You can't, you need permission", +

3) "We don't give legal advice, <u>See Exhibit A</u>.

While it is nice + I am happy for the FBI that it does not give advice, when it is avidly obstructing a citizen's access to the law + information about how to cease ~~temporary~~ any police from atrociously wrong criminal + civil + bodily harm, the FBI is oh so breaking the law + violating this citizen's rights, extensively. It is quite illegal in the U.S. <u>I believe</u>. When one reads my complaint, anyone would deduct that the FBI is operating on much corruption + conspiracy + cover up, especially when the citizen is being framed for something on a wish list in an agent's head, things that don't last or blatent provable by anyone except an agent, false deduction.

My first attorney in 1996 filed a Freedom of Information Act. A copy of the response stating there was a file on me but that information was excised is attached as Exhibit B. I was also told that this information was "backed up". In 1998, I called (2 years later) Washington & received another letter stating it was still "backed up". See Exhibit C.

In 1998, I retained another attorney in Chicago. The FBI had tape about anything it had a right to coerce & was done, then. I have been provoked 12 million more times, 6 more years, 5 of which were them blaming me for their adrenaline harming my body at their rays, noise & alarm. At this meeting the FBI staged their usual slurs and blabbering provoking conversations & I was told there was nothing I could do but keep track of what they were doing to me, so I did.

The reason the FBI never wants me to have an attorney is because it forces them to stop inventing imaginary counts of crimes & non existent unicorns to chase. It also makes them have to answer to others who know all about the law & are

certain to find their conduct + excuses questionable + illegal. When met with opposition, the FBI would be charged, sued + humiliated with its reckless about the law false deducting, ignoring facts + conspiracy like behavior. They cause as much illegal harm as they possibly can + then hide so they get away with it. The more corrupt the FBI has acted, the longer it hides + more money it spends. No one knows what I know about the FBI. Everyone thinks they would not do certain things. There is nothing they don't have a hand in.

I contacted a civil rights attorney in Chicago, whose office, as was all, was infiltrated by the FBI. A FBI retainee gave me the look at the watch behavior/threat. This means "watch". I was then told by this attorney that I was nuts + the FBI was not there.

Another attorney told me to file a complaint with the Chicago P.D. every time they provoked me. Tried to + was told by officer Moore that they don't take complaints about the feds, file it with them. I did however file a

Exhibit D
police report back in 1996 in Boston on 2/8/96 when they began chasing me around with their billion dollar freakshow of police crime, and another report with the T police because they grabbed me. See Exhibit E.

I have been surrounded, surveilled, abused, provoked to chest pain + bleeding, + extensively harassed in astronomical access of anything I ever did + completely illegally for 9 years + discovered the FBI was violating me without my knowledge many other years. I was harassed about things I did not do, don't exist in the real world + for many self serving false deductions by agents that when appropriately challenged would make FBI one big corrupt criminal entity.

I am in need of an unobstructed by the FBI if possible for the FBI (+ if what the FBI is doing to me is so ethical + just, they should not need obstruction or corruption) attorney to confront the FBI. I also need someone from the FBI to be forced to admit that they have + really are doing these things to me, as they like to hide + pretend like they are not

The FBI has had 9-30 years to punish someone for child discovery & needs to be stopped. Their adrenaline is strangling my body. I have been called everything by hiding agents from a terrorist to mental & endured false molestation allegations for years. The last 5 of these years were spent fighting with them that their provoking was provoking adrenaline, while they hide, provoke & swear its not.

Respectfully submitted

3/16/04

Colleen M. Hardaue, Pro Se
57 Riveredge Rd
Billerica, MA 01862
978-667-4658



**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the General Counsel                               Washington, D.C. 20535

July 3, 2001

Colleen M. Hardacre
46 Greentree Lane, #21
So. Weymouth, MA  02190

Dear Ms. Hardacre:

    This is to acknowledge receipt of your letter dated May 17, 2001 requesting certain legal advice. Unfortunately, the FBI does not provide legal advice of this type to private parties. You might consider continuing your efforts to find a private attorney who can provide the information you seek.

Sincerely,

Charles M. Steele
Deputy General Counsel

Exhibit A

U.S. Department of Justice



Federal Bureau of Investigation

In Reply, Please Refer to
File No.        190-SD-57819

9797 Aero Drive
San Diego, CA 92123
February 19, 1997

C. Matthew Mandrell
Attorney at Law
%Law Firm Nimmo & Steigerwalt
1510 Front Street
Suite 400
San Diego, California 92101

**RE: COLLEEN M. HARDACRE**

Dear Mr. Mandrell:

    Reference is made to your perfected Freedom of Information/Privacy Act request dated January 22, 1997 and received by our office on February 18, 1997, on the above.

    A search of our indices to the central records system as maintained by the San Diego Office located documents responsive to your request. Excisions have been made on these documents, in order to protect materials which are exempted from disclosure pursuant to Title 5, United States Code, Section 552 and/or 552a as follows:

| | |
|---|---|
| (j)(2) | material reporting investigative effort pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals, except records of arrest. |
| (b)(7) | records of information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information: |
| (c) | could reasonably be expected to constitute an unwarranted invasion of personal privacy; |

Exhibit B

If you desire you may submit an administrative appeal from any denial contained herein. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within 30 days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the name of the office to which your original request was directed.

Sincerely,

ROBERT E. WALSH
SPECIAL AGENT IN CHARGE

BY:

*[signature: Charles B. Walker]*

CHARLES B. WALKER
CHIEF DIVISION COUNSEL

2



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*    Washington, D.C. 20530

April 14, 1997

Ms. Colleen M. Hardacre
2351 Cipriano Lane
Carlsleod, CA 92008

   Re: FOIPA No. 419647

Dear Ms. Hardacre:

   This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on March 25, 1997.

   The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **97-1047**. Please mention this number in any future correspondence to this Office regarding this matter.

   We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                        Sincerely,

                         Drema A. Hanshaw
                         Paralegal Specialist

*I called 11/97 -*
*Still "backed up"*

*Exhibit C*

MOORE• SPEEDISET• 226

80

# Boston Police
## INCIDENT REPORT

HANDPRINT

| | |
|---|---|
| SUPPLEMENTARY ☐ | |
| KEY SITUATIONS ☐ DRUGS ☐ LICENSED PREMISES ☐ ELDERLY | 02. COMPLAINT NO. **96062582** |
| ☐ JUVENILE ☐ COMMUNITY DISORDERS ☐ DOMESTIC ☐ OTHER | 03. REPORT DIST. **A-1**  CLEARANCE DIST.   PAGE **1 of 1** |
| 04. TYPE OF INCIDENT **Invest Persons** 05. CRIME CODE | 06. STATUS ☐ INACTIVE ☐ UNFOUNDED ☐ ARREST ☐ UNDER 18 ☐ EXCEPT CL ☐ UNDER 18 | 07. DATE OF OCCUR **7-8-96** |
| 08. LOCATION OF INCIDENT **125 Summer St. Boston** APT. | 09. DISPATCH TIME **8:54** | 10. TIME OF OCCUR **8500** |
| 11. VICTIM-COMP. (LAST, FIRST, MI) **Hardacre Colleen M** | 12. PHONE **479-0745** | 13. SEX **F** | 14. RACE **W** | 15. MARITAL STATUS **Unmarried** |
| 16. ADDRESS **69 Faxon Rd Quincy** | OCCUPATION **Legal Sec.** | 17. AGE **35** | 18. DOB **12-6-60** |
| 19. PERSON REPORTING (IF DIFFERENT THAN ABOVE) **SAME** | | |

### Narrative (76):

About 8:30am Officer D'oyley assigned to the A442B responded to a R/C at location #8 for a female being harassed. Victim states the harassment began on October 25, 1995 when she went to the main branch U.S. Postal Annex at Post Office Square and accidently walked into the wrong area of Post Office. Victim has been continuously followed and verbally harassed by F.B.I. thugs since the initial incident. Victim fears that her phone may be tapped. To be investigated by detectives.

Unit Assigned: **A442B**
Tour of Duty: **2**
Reporting Officer: **Raymond D'oyley**
Officer's #: **10059**
Date of Report: **7-8-96**

EXHIBIT D

| Journal No. 97024877 | **MBTA POLICE DEPARTMENT** *Journal Incident Report* | | | ORI No. MA013250 | |
|---|---|---|---|---|---|
| Incident INDECENT A&B + 14 | Date Reported 08/25/97 | Date Occurred 11/19/95 | Day of Week SUNDAY | Time Occurred 08:40 | Status ACTIVE |
| Location RED LINE | | Area 0123 | Line RED LINE | County SUFFOLK | City/Town BOSTON | Bus Line |
| Victim T Employee? NO | Disposition REPORT TAKEN | | Remarks 357/PATRON REPORTING PAST ASSAULT | | |
| Unit HOUS | Officer 1 | Officer 2 | Received 22:53 | Dispatched 22:53 | Arrived 22:53 | Cleared 22:53 |

### INVOLVED PERSONS

| Type VICTIM | Name (Last, First, Middle Initial) HARDACRE, COLLEEN M. | Sex FEMALE | Race WHITE | D.o.B. 12/06/60 | Age 34 |
|---|---|---|---|---|---|
| Address 2351 CIPRIANO LANE (PARENTS HOME) | | City/Town, State, Zip CARLSBAD, CA 92008 | | | |
| Home Telephone 219-659-7912 | Work Telephone | Remarks VIC OF INDEC A&B | | | |

### NARRATIVE

ON THE ABOVE TIME AND DATE, COLLEEN HARDACRE CALLED TO REPORT AN INDEC A&B THAT OCCURRED ON THE RED LINE ON 11-19-95 AT APPROX. 8:40 AM. THE VICTIM ONLY REQUESTS THAT THE REPORT BE FILED FOR DOCUMENTATION PURPOSES. SHE IS NOW LIVING OUT OF STATE, AND CANNOT FOLLOW UP ON THE MATTER. HARDACRE REPORTS SHE WAS INDECENTLY ASSAULTED, BY A PERSON SHE CLAIMS IS A FEDERAL AGENT. SHE CLAIMS SHE WAS ON THE RED LINE AND A MAN GRABBED HER GENITALIA AREA FOR APPROX 15-20 SEC. SHE ALSO CLAIMS SHE HAS BEEN HARASSED BY FEDERAL AGENTS EVERYDAY ON THE TRAIN ~~FOR THE PAST TWO YEARS~~ *from 10/95 - 6/96*

Official Police Document
DO NOT DUPLICATE OR DISTRIBUTE

| Investigating Officer (257) BEST L   M/C | Printed from terminal Computer Room - Josie Cuevas (6) on 08/26/97 at 11:50 | Page 1 of 1 |
|---|---|---|


Exhibit E