United States District Court
District of Massachusetts

Colleen Marie Hardacre, )
 Plaintiff, )
 )
v. )
 )
Federal Bureau of )
Investigation, U.S. )
Department of Justice, )
& any other law enforce- )
ment surveillance body )
investigating me not yet )
disclosed, (et.al.) )
 Defendants. )

## Motion For Temporary Restraining Order

The Plaintiff, Colleen Marie Hardacre, hereby requests that this Court grant a Motion For Temporary Restraining Order against the Defendants, Federal Bureau of Investigation, U.S. Department of Justice, et. al. "Defendants" for the reasons as stated in the Complaint attached hereto as "Exhibit A" and for the following reasons:


1) They are unlawfully violating my life with excessive force not leading to the solving of a crime and have been for many years while they intentionally obstruct my access to attorneys + official confrontation so they can stall admitting bad, illegal, harmful agent decisions, false excuses + agent crimes made over many years;

2) They are participating in much criminal misconduct + civil rights violations including covering up much intentional physical harm & noise + adrenaline damage to my body (in the 5th year now which each staff, noise & order to provoke fear + alarm further harms). They are factually with extensive surveillance (everywhere) provoking to alarm, fight + be provoked by them wasting my time + harming me to chest pain, abnormal vaginal bleeding + certain development of uterine cancer, heart attack or stroke. They almost killed me all last year + my heart stopped once last June while they continued to fly planes over my head. See Complaint, Exhibit J, (EMG) demonstrating contracted pelvic muscles.

3) Their latest 5 year operation is the following: Denial that provoking is provoking alarm, fright & that the adrenaline certain to be induced is not changing heart rate & contracting muscles it is proven in textbooks to contract. I, of course, am the only one who knows that is what they are really doing as they hide, further provoke + harm + lie to all. (based on provoking)

4) The FBI needs to be stopped because they are squeezing my body & bleeding + cause death. This can be proven + their entire false charade of this court would force them to appear + resolve these issues. My pelvic muscles are almost completely contracted for the 4th year now.

5) They refuse to appear because a court investigation of their issues v. reality of their provoking practices would find the FBI criminally responsible for much malicious misconduct + physical + emotional harm. They want to keep me obstructed as long as possible.

6) The FBI is threatening constantly to cut off disability. They disabled me from working because of reading, word games & employee noise & fight provoking that was squeezing blood out of my body vaginally & chest pain shooting down my arm last June. The 7th is being used at work with my knowledge by the FBI. I own a home & have no money & cannot work because they hurt me. They threaten & play games with this money constantly. I need 2000 a month to live on. I cannot sell my home because I will lose about 50% of my equity in taxes without a rollover. The FBI knows that where I am has nothing to do with my condition. It is contracted muscle tone from correctly fearing their noise, fright & alarm which they subject me to wherever I am, & this 6 year 9. The FBI needs to be forced to not close my income as they disabled me & I have nowhere to go.

7) The FBI needs to be forced to cease provoking noise, fright & alarm & its false deductions & delusional remote efforts. I have been chemically contracted by adrenaline to almost heart attack, bleeding & pre-pre cancer. The FBI does not need another

Second to test to see if banging on a pot (noise provoke) tactic next to my head (their typical noise), fight tactic or alarm produces alarm 1 more time, that increases adrenaline, so they can falsely deduct for the 5th year, that their provoking 5000 x a day, did not provoke 5000 times a day. The FBI is operating on the basis that provoking adrenaline does not induce adrenaline + adrenaline does not effect the body in ways it is known by all in medicine to. This is their 5 year, 10 this noble ethical, necessary endeavor at my expense, in addition to many others.

8) Their provoking is not solving anything + is life threatening.         Respectfully Submitted

3/16/04

Colleen M Hardaine PhD
57 Riveredge Rd.
Billerica MA 01862
978-662-4658

United States District Court
District of Massachusetts

Colleen Marie Hordare,
Plaintiff,

Federal Bureau of
Investigation, U.S.
Department of Justice,
et al.,
Defendants.

## Order

The Motion For Temporary Restraining Order is hereby

Granted / Disallowed

_____
Judge

Date: