United States District Court
District of Massachusetts

Colleen M. Hardacre,
Plaintiff,

v.

Federal Bureau of
Investigation, U.S.
Department of Justice,
et al.

04-10554-MLW

## Motion to Seal File

The Plaintiff, Colleen M. Hardacre, due to the personal + national security nature of this complaint, hereby requests that this court allow a Motion to Seal the file.

Respectfully,

3/16/04

Colleen M. Hardacre, Pro Se
57 Riveredge Rd
Billerica, MA 01862
978-667-4658