UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COLLEEN MARIE HARDACRE,**
        Plaintiff,

        v.

**FEDERAL BUREAU OF INVESTIGATION, et al.,**
        Defendants.

Civil Action
No. **04-10554-MLW**

### ORDER ON APPLICATION TO PROCEED
### WITHOUT PREPAYMENT OF FEES

**Having considered the plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;**

☒     **In accordance with Fed. R. Civ. P. 5(e), the clerk filed the complaint and amended complaint and assigned the action Civil Action No. 04-10554-MLW.**

**It is ORDERED that:**

☒     **The Application to Proceed Without Prepayment of Fees is GRANTED.**

☐     **It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant as directed by plaintiff's attorney with all costs of service to be advanced by the United States.**

☒     **It is FURTHER ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the accompanying memorandum.**

G     **It is FURTHER ORDERED that the application is DENIED for the reasons stated in the accompanying memorandum.**

 **MARCH 29, 2004**          /s/ Mark L. Wolf
**DATE**                         MARK L. WOLF
                                UNITED STATES DISTRICT JUDGE

**(ifpnonpr.ord - 9/20/96)**                                                               [oifp.]