```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


COLLEEN M. HARDACRE,           )
          Plaintiff,           )
                               )   Civil Action No. 04-10554-MLW
          v.                   )
                               )
FEDERAL BUREAU OF INVESTIGATION),
et al.,                        )
          Defendants.          )
```

ORDER OF DISMISSAL

In accordance with this Court's order dated March 29, 2004, it is ORDERED that the within action be and it is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2).


                                   MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE



Date: 3/29/04                 By /s Barbara Morse
                                   Deputy Clerk